Standard Mail Order Company, Respondent, v. Harry Kaufman and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Clinton W. Kinsella, Respondent, v. Kinsella United Properties Company, Ltd., Appellant. Clinton W. Kinsella, Respondent, v. Kinsella United Properties Company, Ltd., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Joseph Miller, Defendant, Impleaded with Nathan Kirshenbaum, Appellant. The People of the State of New York, Respondent, v. Harry Brown, Defendant, Impleaded with Nathan Kirshenbaum, Appellant.— Orders affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Florence Richards, Appellant, v. George Richards, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John W. Wilson, Respondent, v. Anna B. Wilson, Appellant.— Order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Daniel P. O'Connor, Respondent, v. Arthur J. Levine, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Lever, Appellant, v. Peter C. Gallagher, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Winifred B. Cooper, Appellant, v. J. B. Greenhut Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. John T. Dorthy.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and. Scott, JJ.

The People of the State of New York ex rel. John Crowley v. Rhinelander Waldo.— Motion granted, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Famobrosis Society v. Royal Benefit Society.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Antonio Cinque v. L'Araldo Italiano Publishing Company.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Veronica Herzog v. Adolph Gunther.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Gray v. James Forbes.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.